# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

BOBBIE CRISWELL                                                                          PLAINTIFF

v.                                      No. 3:08CV00202 JLH

CRITTENDEN COUNTY, ARKANSAS;
R.E. (DICK) BUSBY, Crittenden County Sheriff,
individually and in his official capacity; and
W.A. WREN, Chief Enforcement Officer,
Crittenden County Sheriff's Office, individually
and in his official capacity                                                             DEFENDANTS

## **ORDER**

Without objection, the deadline for defendants to answer or otherwise respond to plaintiff's complaint is hereby extended up to and including February 2, 2009.  Document #2.

IT IS SO ORDERED this 22nd day of January, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE